IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RHONDA JEANNE PRANDO,

    Plaintiff,

v.                                            No. Civ. 1:23-333 KRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security Administration,

    Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE
AND RESETTING DEADLINES**

THIS MATTER is before the Court on its Order to Show Cause, in which the Court ordered Plaintiff to file a Motion to Reverse or Remand or otherwise show cause why this case should not be dismissed for failure to prosecute.  (Doc. 14).  On August 15, 2023, Plaintiff filed a Response to the Order to Show Cause, stating Plaintiff's counsel has had issues with staffing and this case was inadvertently closed in counsel's electronic system.  (Doc. 15).  Plaintiff's counsel states that if Plaintiff ultimately prevails in this case, counsel will reduce any request for EAJA fees due to this delay.  Based on Plaintiff's Response, the Court will quash the Order to Show Cause and reset the parties' briefing deadlines.

IT IS THEREFORE ORDERED that the Court's Order to Show Cause is QUASHED.

IT IS FURTHER ORDERED that Plaintiff shall file a Motion to Reverse or Remand **on or before August 30, 2023**, Defendant shall file a response **on or before September 29, 2023**, and Plaintiff may file a reply **on or before October 13, 2023**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE