# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RHONDA JEANNE PRANDO,**

    **Plaintiff,**

    vs.                                    CIV. NO. 23-333 KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

The Court, having considered Defendant's Unopposed Motion for Remand (ECF No. 22), hereby **REVERSES** the Defendant Acting Commissioner's ("Commissioner's") decision in this matter and **REMANDS** the case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, the agency will vacate the Administrative Law Judge's (ALJ's) decision and conduct further administrative proceedings. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

*Electronically submitted 10/27/2023*
MICHAEL A. THOMAS
Special Assistant United States Attorney

*Electronically approved 10/27/2023*
FELIZ M. MARTONE, ESQ.
Attorney for Plaintiff